

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00323-CV

| | | |
|---|---|---|
| IN RE TIMOTHY K. WADE; ROBERT STEPHEN HAWK; GINA WADE; CELIA HAWK; 407 REAL PROPERTY MANAGEMENT, LLC; AND 407 GUN CLUB, LLC | § | Original Proceeding |
| | § | From the 367th District Court |
| | § | of Denton County (16-09166-367) |
| | § | December 20, 2018 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and is of the opinion that relief should be granted. Accordingly, we order the trial court to vacate its March 21, 2018 order denying relators' motion to dismiss, to grant relators' motion to dismiss the Shooting Claims, and to award attorney's fees to relators to the extent that those fees are attributable to relators' litigation of the Shooting Claims. A writ will issue only if the trial court fails to comply.

It is further ordered that real parties in interest Lee Stinson and Anissa Stinson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
       Justice Wade Birdwell